UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH W. FLOWERS,<br><br>        Plaintiffs,<br><br>   v.<br><br>SECURITAS SECURITY SERVICES USA, INC., et al.,<br><br>        Defendants. | Case No.  19-cv-08440-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **September 25, 2020 at 3:00 PM.**
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: **March 15, 2021**

DESIGNATION OF EXPERTS: **March 15, 2021**; REBUTTAL: **April 5, 2021**;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF: **April 26, 2021**

DISPOSITIVE MOTIONS **SHALL** be filed by **January 15, 2021**;
    Opp. Due: **January 29, 2021**; Reply Due: **February 5, 2021**;
    and set for hearing no later than **February 19, 2021 at 10:00 AM**.

PRETRIAL CONFERENCE DATE: **June 1, 2021 at 3:30 PM.**

JURY TRIAL DATE: **June 14, 2021 at 8:30 AM**.
    Courtroom 1, 17th floor.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: May 18, 2020

SUSAN ILLSTON
United States District Judge

2